**ORDER DESIGNATING UNITED STATES DISTRICT COURT
COMPOSED OF THREE JUDGES PURSUANT TO
SECTION 2284, TITLE 28, UNITED STATES CODE**

Having received a statutory notification of a request for the appointment of a three-judge district court pursuant to 28 U.S.C. § 2284 from the Honorable **Oliver W. Wanger**, Senior District Judge for the Eastern District of California, I hereby designate and appoint the

Honorable Jay S. Bybee
United States Circuit Judge
for the Ninth Circuit,

to sit with the Honorable Anthony W. Ishii and the Honorable Oliver W. Wanger to hear and determine the following cause as the district court for the Eastern District of California, at a time and place to be agreed upon by the court.

*Felix M. Lopez, et al. v. Merced County, California, et al.*, Case No. 06-cv-1526 OWW DLB.

Date: November 1, 2006

_____
Mary M. Schroeder
Chief Judge
United States Courts for the Ninth Circuit

cc:   Circuit Judge Jay S. Bybee
      Senior District Judge Oliver W. Wanger
      District Judge Anthony W. Ishii
      Chief District Judge David F. Levi
      Cathy Catterson, Clerk, Court of Appeals
      Victoria Minor, Clerk, Eastern District of California