```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


FELIX M. LOPEZ and ELIZABETH   )
RUIZ, individually and on behalf )
of those similarly situated,   )
                               )
            Plaintiffs,        )
                               )
     v.                        )
                               )
MERCED COUNTY, CALIFORNIA; LOCAL )
AREA FORMATION COMMISION OF    )    1:06-cv-1526 OWW DLB
MERCED COUNTY ("LAFCO"),       )
CALIFORNIA; CITY OF ATWATER,   )    ORDER SETTING HEARING ON
CALIFORNIA; CITY OF DOS PALOS, )    MOTION FOR TEMPORARY
CALIFORNIA; CITY OF GUSTINE,   )    RESTRAINING ORDER
CALIFORNIA; CITY OF LIVINGSTON, )
CALIFORNIA; CITY OF LOS BANOS, )
CALIFORNIA; BALLICO COMMUNITY  )
SERVICES DISTRICT, CALIFORNIA; )
CENTRAL CALIFORNIA IRRIGATION  )
DISTRICT, CALIFORNIA; DELHI    )
COUNTY WATER DISTRICT,         )
CALIFORNIA; EAST MERCED RESOURCE )
CONSERVATION DISTRICT,         )
CALIFORNIA; FRANKLIN COUNTY    )
WATER DISTRICT, CALIFORNIA;    )
HILMAR COUNTY WATER DISTRICT,  )
CALIFORNIA; LE GRAND COMMUNITY )
SERVICE DISTRICT, CALIFORNIA;  )
LOS BANOS RESOURCE CONSERVATION )
DISTRICT, CALIFORNIA; MERQUIN  )
COUNTY WATER DISTRICT,         )
CALIFORNIA; MIDWAY COMMUNITY   )
SERVICES DISTRICT, CALIFORNIA; )
PLANADA COMMUNITY SERVICES     )
DISTRICT, CALIFORNIA; SANTA    )
NELLA COUNTY WATER DISTRICT,   )
CALIFORNIA; SNELLING COMMUNITY )
SERVICES DISTRICT, CALIFORNIA; )
SOUTH DOS PALOS COUNTY WATER   )
DISTRICT, CALIFORNIA; TURLOCK  )
IRRIGATION DISTRICT, CALIFORNIA; )
VOLTA COMMUNITY SERVICES       )
DISTRICT, CALIFORNIA; WINTON   )
WATER AND SANITARY DISTRICT,   )
CALIFORNIA,                    )
                               )
            Defendants.        )
                               )
_____)
```

     Plaintiffs' Motion for Temporary Restraining Order is set for hearing on November 3, 2006, at the hour of 12:00 p.m. in Courtroom 3, at the United States Courthouse located at 2500 Tulare Street, Fresno, California.  Plaintiffs will move this Court for a Temporary Restraining Order to enjoin Defendants, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from undertaking any steps to finalize or certify their November, 2006 election results until such time that any changes affecting voting adopted, approved, or implemented by Defendants, have received the requisite approval or pre-clearance pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c.

     At the November 3, 2006, hearing on Temporary Restraining Order, Plaintiffs will move for an order requiring Defendants to appear and show cause why a preliminary injunction should not issue to restrain and enjoin the Defendants as requested above, pending a trial on the merits.

     On October 31, 2006, Plaintiffs' counsel was instructed to serve notice of the hearing on Motion for Temporary Restraining Order or to provide actual notice of the hearing to any appearing Defendant upon entry of appearance in the case.

     Any opposition to the Temporary Restraining Order shall be filed by 4:30 p.m. on November 2, 2006.

SO ORDERED.

DATED:  November 2, 2006.

                                                _/s/ OLIVER W. WANGER_____
                                                      OLIVER W. WANGER
                                             UNITED STATES DISTRICT JUDGE