1                 UNITED STATES DISTRICT COURT

2                 EASTERN DISTRICT OF CALIFORNIA

3

4    FELIX M. LOPEZ and ELIZABETH  )
     RUIZ, individually and on behalf )
5    of those similarly situated,  )
                                    )
6              Plaintiffs,          )
                                    )
7         v.                        )
                                    )
8    MERCED COUNTY, CALIFORNIA; LOCAL )
     AREA FORMATION COMMISION OF    )      1:06-cv-1526 OWW DLB
9    MERCED COUNTY ("LAFCO"),       )
     CALIFORNIA; CITY OF ATWATER,   )      THREE JUDGE COURT
10   CALIFORNIA; CITY OF DOS PALOS, )
     CALIFORNIA; CITY OF GUSTINE,   )      ORDER FOLLOWING HEARING ON
11   CALIFORNIA; CITY OF LIVINGSTON, )     PLAINTIFFS' MOTION FOR
     CALIFORNIA; CITY OF LOS BANOS, )      TEMPORARY RESTRAINING ORDER
12   CALIFORNIA; BALLICO COMMUNITY  )
     SERVICES DISTRICT, CALIFORNIA; )
13   CENTRAL CALIFORNIA IRRIGATION  )
     DISTRICT, CALIFORNIA; DELHI    )
14   COUNTY WATER DISTRICT,         )
     CALIFORNIA; EAST MERCED RESOURCE )
15   CONSERVATION DISTRICT,         )
     CALIFORNIA; FRANKLIN COUNTY    )
16   WATER DISTRICT, CALIFORNIA;    )
     HILMAR COUNTY WATER DISTRICT,  )
17   CALIFORNIA; LE GRAND COMMUNITY )
     SERVICE DISTRICT, CALIFORNIA;  )
18   LOS BANOS RESOURCE CONSERVATION )
     DISTRICT, CALIFORNIA; MERQUIN  )
19   COUNTY WATER DISTRICT,         )
     CALIFORNIA; MIDWAY COMMUNITY   )
20   SERVICES DISTRICT, CALIFORNIA; )
     PLANADA COMMUNITY SERVICES     )
21   DISTRICT, CALIFORNIA; SANTA    )
     NELLA COUNTY WATER DISTRICT,   )
22   CALIFORNIA; SNELLING COMMUNITY )
     SERVICES DISTRICT, CALIFORNIA; )
23   SOUTH DOS PALOS COUNTY WATER   )
     DISTRICT, CALIFORNIA; TURLOCK  )
24   IRRIGATION DISTRICT, CALIFORNIA; )
     VOLTA COMMUNITY SERVICES       )
25   DISTRICT, CALIFORNIA; WINTON   )
     WATER AND SANITARY DISTRICT,   )
26   CALIFORNIA,                    )
                                    )
27             Defendants.          )
                                    )
28   _____ )

                           1

1    Plaintiffs, Felix M. Lopez's and Elizabeth Ruiz's Motion for
2  Temporary Restraining Order came on for hearing on November 3,
3  2006, in Courtroom 3 of the above-captioned Court, Oliver W.
4  Wanger, United States District Judge, presiding.  Plaintiffs were
5  represented by their counsel Joaquin G. Avila, Esq. and Brian
6  Sutherland, Esq.  Merced County was represented by its attorneys
7  James N. Fincher, Esq., County Counsel Designee and Nielsen,
8  Merksamer, Parrinello, Mueller & Naylor LLP by Christopher E.
9  Skinnell, Esq. and Marguerite Mary Leoni, Esq.  The Local Area
10  Formation Commission of Merced County ("LAFCO") was represented
11  by its counsel Best, Best & Krieger by Gene Tanaka, Esq.
12  Defendant City of Atwater was represented by its attorneys Allen,
13  Proietti & Fagalde LLP by Salvador V. Navarrete, Esq.  The City
14  of Dos Palos did not appear.  Winton Water and Sanitary District
15  appeared by its attorney Craig Mortensen, Esq.  The City of
16  Gustine appeared by its attorneys Berliner Cohen by Thomas E.
17  Ebersole, Esq.  The City of Livingston appeared by Burke,
18  Williamson & Sorensen LLP by Sarah Peters Gorman, Esq.  The City
19  of Los Banos appeared by its attorney Abbott & Kindermann LLP, by
20  Joel Ellinwood, Esq.  There was no appearance for the following
21  Defendant Districts: Ballico Community Services District,
22  California; Central California Irrigation District, California;
23  Delhi County Water District, California; City of Dos Palos,
24  California; East Merced Resource Conservation District,
25  California; Franklin County Water District, California; Hilmar
26  County Water District, California; Le Grand Community Service
27  District, California; Los Banos Resource Conservation District,
28  California; Merquin County Water District, California; Midway

2

1  Community Services District, California; Planada Community

2  Services District, California; Santa Nella County Water District,

3  California; Snelling Community Services District, California;

4  South Dos Palos County Water District, California; Turlock

5  Irrigation District, California; and Volta Community Services

6  District, California.

7       After considering the Motion for Temporary Restraining

8  Order, supporting declarations and legal authorities and the

9  opposition legal authorities, declarations and oral arguments of

10 all counsel, the following order is entered with the agreement of

11 the parties.

12 IT IS ORDERED:

13 Certification Of Election Results

14      The County of Merced, City of Atwater, City of Gustine, City

15 of Livingston, and City of Los Banos agree not to certify the

16 results of County or City elections before the hearing of and

17 decision on Plaintiffs' Motion for Preliminary Injunction.  If

18 the City of Dos Palos is holding elections it shall not certify

19 the result of its City elections before said hearing.

20

21 Exception

22      1.   All City Defendants may certify the results of the

23 November 7, 2006, state-wide and federal elections, but not local

24 elections.  The County agrees not to certify any election results

25 before hearing of and decision on the Preliminary Injunction.

26      2.   Plaintiffs agree that if any Defendant receives

27 allegedly required DOJ pre-clearance or approval of all boundary

28 change actions or other voting changes that are the subject of

                                  3

Plaintiffs' Complaint prior to date of the hearing of the Preliminary Injunction, as to that Defendant, the Motion for Injunctive Relief is withdrawn and that Defendant shall be free to certify all its election results.

3.   As to the non-County and non-City District Defendants and LAFCO, no present injunctive relief is required as none of those Defendant Districts are holding elections November 7, 2006.

Order To Show Cause Re Preliminary Injunction

All Defendants, and those acting for, under or in concert with them, shall show cause, if any they have, why they should not be enjoined from finalizing or certifying the November 7, 2006, election results until there is full compliance with Section 5 of the Voting Rights Act of 1965.   42 U.S.C. § 1973c. The following schedule shall govern further briefing and hearing on the Order to Show Cause Re Preliminary Injunction:

a.   Plaintiffs' supplemental authorities and/or other submissions shall be filed by midnight, November 8, 2006;

b.   All Defendants' oppositions to Plaintiffs' motion for Preliminary Injunction shall be filed by midnight, November 17, 2006;

c.   The hearing on Plaintiffs' Motion for Preliminary Injunction shall be held November 21, 2006, at 1:00 p.m. in Courtroom 3, Seventh Floor of the above-captioned Court at 2500 Tulare Street, Fresno, California, before United States Circuit Judge Jay S. Bybee, United States District Judge Oliver W. Wanger, and United States District Judge Anthony W. Ishii, sitting as a three-judge district court pursuant to 28 U.S.C.

4

1  § 2284.

2

3  <u>No Testimony To Be Presented</u>

4       After inquiry of each appearing party, no party intends to

5  present testimony at the OSC hearing.

6

7  DATED:   November 3, 2006, at Fresno, California.

8  SO ORDERED

9

10                          /s/ Oliver W. Wanger
                            OLIVER W. WANGER
11                     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5