1 **Bacigalupi, Neufeld & Rowley**
Craig M. Mortensen #95683
2 1111 E. Herndon Ave., Suite 219
Fresno, California 93720
3 Telephone (559) 431-6850
Fax (559) 431-4216
4

5 Attorneys for Defendants Delhi County Water District, Franklin County Water District, Hilmar County Water District, Planada Community Services District, and Winton Water
6 and Sanitary District

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9 * * * * * * * * *

| | |
|---|---|
| FELIX M. LOPEZ and ELIZABETH RUIZ, individually and on behalf of those similarly situated.<br><br>        Plaintiffs,<br><br>v.<br><br>MERCED COUNTY, CALIFORNIA; LOCAL AREA FORMATION COMMISSION OF MERCED COUNTY ("LAFCO"), CALIFORNIA; CITY OF ATWATER, CALIFORNIA; CITY OF DOS PALOS, CALIFORNIA; CITY OF GUSTINE, CALIFORNIA; CITY OF LIVINGSTON, CALIFORNIA; CITY OF LOS BANOS, CALIFORNIA; BALLICO COMMUNITY SERVICES DISTRICT, CALIFORNIA; CENTRAL CALIFORNIA IRRIGATION DISTRICT, CALIFORNIA; DELHI COUNTY WATER DISTRICT, CALIFORNIA; EAST MERCED RESOURCE CONSERVATION DISTRICT, CALIFORNIA; FRANKLIN COUNTY WATER DISTRICT, CALIFORNIA; HILMAR COUNTY WATER DISTRICT, CALIFORNIA; LE GRAND COMMUNITY SERVICE DISTRICT, CALIFORNIA; LOS BANOS RESOURCE CONSERVATION DISTRICT, CALIFORNIA; MERQUIN COUNTY WATER DISTRICT, CALIFORNIA; MIDWAY COMMUNITY SERVICES DISTRICT, CALIFORNIA; PLANADA COMMUNITY SERVICES DISTRICT, CALIFORNIA; SANTA NELLA COUNTY WATER, CALIFORNIA; SNELLING COMMUNITY SERVICES DISTRICT, CALIFORNIA; SOUTH DOS PALOS | Case No:<br>1:06-CV-01526-OWW-DLB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS TO COMPLAINT** |

| | |
|---|---|
| COUNTY WATER DISTRICT, CALIFORNIA; TURLOCK IRRIGATION DISTRICT, CALIFORNIA; VOLTA COMMUNITY SERVICES DISTRICT, CALIFORNIA; WINTON WATER AND SANITARY DISTRICT, CALIFORNIA,　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) |

Plaintiffs, by their attorney Joaquin G. Avila, Esq., and Defendants Delhi County Water District, Franklin County Water District, Hilmar County Water District, Planada Community Services District, and Winton Water and Sanitary District, hereby stipulate that these Defendants be permitted an additional period of time within which to file their responsive pleadings to Plaintiffs' Complaint.  These Defendants' responsive pleadings will be filed on or before December 10, 2006.

　　　　　　　　　　　　　　　　　　　JOAQUIN G. AVILA, ESQ.

November 16, 2006　　　　　　　　　/s/ Joaquin G. Avila, Esq., (as authorized on 11/16/06)
　　　　　　　　　　　　　　　　　　　Joaquin G. Avila, Attorney for Plaintiffs

November 16, 2006　　　　　　　　　BACIGALUPI, NEUFELD & ROWLEY

　　　　　　　　　　　　　　　　　　　By /s/ Craig M. Mortensen, Esq.
　　　　　　　　　　　　　　　　　　　　Craig M. Mortensen, Attorneys for
　　　　　　　　　　　　　　　　　　　　Defendants Delhi County Water District,
　　　　　　　　　　　　　　　　　　　　Franklin County Water District, Hilmar
　　　　　　　　　　　　　　　　　　　　County Water District, Planada
　　　　　　　　　　　　　　　　　　　　Community Services District, and
　　　　　　　　　　　　　　　　　　　　Winton Water and Sanitary District

IT IS SO ORDERED.

Dated: **November 20, 2006**　　　　　　**/s/ Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Bacigalupi, Neufeld & Rowley
1111 E. Herndon Ave.
Suite 219
Fresno, CA 93720