JOAQUIN G. AVILA, Bar No. 56484
18336 Aurora Avenue North, Suite 112
M.B. 148
Shoreline, Washington 98133
Telephone: (206) 398-4117
FAX: (206) 398-4036
E-mail: avilaj@seattleu.edu

Attorneys for Plaintiffs
FELIX M. LOPEZ AND ELIZABETH RUIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX M. LOPEZ and ELIZABETH RUIZ,<br><br>Plaintiffs,<br><br>v.<br><br>MERCED COUNTY, CALIFORNIA, et al.<br><br>Defendants. | Case No.  1:06-CV-01526-OWW-DLB<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME** |

Good cause appearing, Plaintiffs' Ex Parte Application for an Extension of Time Within Which to File Their Opposition to Defendants' Motion to Dismiss is hereby **GRANTED.**  The hearing on Defendants' motion is continued to March 15, 2007 at 1:30 pm.  Plaintiffs' time to file their Opposition is extended to February 26, 2007.  **SO ORDERED.**

February 9, 2007

/s/ Oliver W. Wanger
Honorable Oliver W. Wanger
United States District Judge

/s/ Jay S. Bybee
Honorable Jay S. Bybee
United States Circuit Judge

/s/ Anthony W. Ishii
Honorable Anthony W. Ishii
United States District Judge

1.

**[PROPOSED] ORDER**
**1:06-CV-01526-OWW-DLB**