JOAQUIN G. AVILA, Bar No. 56484
18336 Aurora Avenue North, Suite 112
M.B. 148
Shoreline, Washington 98133
Telephone: (206) 398-4117
FAX: (206) 398-4036
E-mail: avilaj@seattleu.edu

ROBERT RUBIN, State Bar No. 85084
Lawyers' Committee for Civil Rights
of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296
E-mail: rrubin@lccr.com

MICHAEL TRAYNOR, Bar No. 31474
E-mail: mtraynor@cooley.com
MAUREEN P. ALGER, Bar No. 208522
E-mail: malger@cooley.com
CHARLES M. SCHAIBLE, Bar No. 173107
cschaible@cooley.com
COOLEY GODWARD KRONISH, LLP
101 California Street, Fifth Floor
San Francisco, CA 94111-5800
Telephone (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiffs
FELIX M. LOPEZ AND ELIZABETH RUIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FELIX M. LOPEZ and ELIZABETH RUIZ,

Plaintiffs,

v.

MERCED COUNTY, CALIFORNIA, et al.

Defendants.

Case No. 1:06-CV-01526-OWW-DLB

**STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT**

**WHEREAS** Plaintiffs desire to amend their present Complaint to add certain additional Plaintiffs and to dismiss certain Defendants; and,

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT
1:06-CV-01526-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS** Plaintiffs and Defendants wish to maintain the March 15, 2007 hearing on their Motion to Dismiss; and,

**WHEREAS** Defendants do not otherwise object to the filing of Plaintiffs' First Amended Complaint,

**THEREFORE** it is hereby agreed and stipulated by and between the parties, through counsel, as follows:

**1.** Plaintiffs may file and serve a First Amended Complaint, adding certain Plaintiffs and deleting certain Defendants, in the form attached hereto as Exhibit A;

**2.** Defendants' pending Motions to Dismiss shall be deemed to apply to the First Amended Complaint which shall still be heard by the Court on March 15, 2007; insofar as any of the Motions to Dismiss are based on lack of standing, the Defendant asserting that defense will advise the court at the time of filing its reply brief whether it will pursue that defense in light of the First Amended Complaint.

**3.** Defendants shall have the right to file and serve Answers to the First Amended Complaint in the ordinary course asserting any and all denials, objections and defenses available to them.

DATED: February 28, 2007

JOAQUIN AVILA

/s/ Joaquin Avila
Joaquin Avila
Attorney of Record for Plaintiffs
FELIX M. LOPEZ and ELIZABETH RUIZ

///

///

///

///

///

///

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT
1:06-CV-01526-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

DATED: March 1, 2007

ALLEN PROIETTI & FAGALDE

/s/ Terry L. Allen
Terry L. Allen
Attorney of Record for Defendant
CITY OF ATWATER

DATED: February 28, 2007

BERLINER COHEN

/s/ Thomas Ebersole
Thomas E. Ebersole
Attorney of Record for Defendant
CITY OF GUSTINE

DATED: March 3, 2007

ABBOTT & KINDERMANN, LLP

/s/ Joseph Wells Ellinwood
Joseph Wells Ellinwood
Attorney of Record for Defendants
CITY OF LOS BANOS, CITY OF DOS PALOS, and SANTA NELLA COUNTY WATER DISTRICT

DATED: February 28, 2007

COUNTY OF MERCED

James Nathan Fincher
Attorney of Record for Defendant
COUNTY OF MERCED

DATED: February 28, 2007

BURKE WILLIAMS & SORENSEN, LLP

/s/ Sara Peters Gorman
Sarah Peters Gorman
Attorney of Record for Defendant
CITY OF LIVINGSTON

///

///

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT
1:06-CV-01526-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

DATED: February 28, 2007

LINNEMAN, BURGESS

/s/ Thomas J. Keene
Thomas J. Keene
Attorney of Record for Defendants MIDWAY COMMUNITY SERVICES DISTRICT; SOUTH DOS PALOS COUNTY WATER DISTRICT; LE GRAND COMMUNITY SERVICES DISTRICT

DATED: February 28, 2007

NIELSEN MERKSAMER PARRINELLO

/s/ Marguerite Mary Leoni
Marguerite Mary Leoni
Attorney of Record for Defendant COUNTY OF MERCED

DATED: February 28, 2007

GRIFFITH & MASUDA

/s/ Roger K. Masuda
Roger K. Masuda
Attorney of Record for Defendants MERQUIN COUNTY WATER DISTRICT, and TURLOCK IRRIGATION DISTRICT

DATED: February 28, 2007

MINASIAN SPRUANCE, MEITH

/s/ Paul Minasian
Paul Ryan Minasian
Attorney of Record for Defendant CENTRAL CALIFORNIA IRRIGATION DISTRICT

DATED: February 28, 2007

BACIGALUPI, NEUFELD & ROWLEY

/s/ Craig Mortensen
Craig Merrill Mortensen
Attorney of Record for Defendants WINTON WATER AND SANITARY DISTRICT, DELHI COUNTY WATER DISTRICT, FRANKLIN COUNTY WATER DISTRICT, HILMAR COUNTY WATER DISTRICT, and PLANADA COMMUNITY SERVICES DISTRICT

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT
1:06-CV-01526-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

DATED: February 28, 2007

BEST BEST & KRIEGER, LLP

/s/ Eugene Tanaka
Eugene Tanaka
Attorney of Record for Defendant
LOCAL AREA FORMATION COMMISSION OF MERCED COUNTY

**IT IS SO ORDERED.**

DATED: March 5, 2007

/s/ Oliver W. Wanger
Honorable Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

DATED: March __, 2007

______________________________
Honorable Jay S. Bybee
UNITED STATES CIRCUIT JUDGE

DATED: March __, 2007

______________________________
Honorable Anthony w. Ishii
UNITED STATES DISTRICT JUDGE

1027667 v1/SF

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.

STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT
1:06-CV-01526-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com