1   JOAQUIN G. AVILA, Bar No. 56484
    18336 Aurora Avenue North, Suite 112
2   M.B. 148
    Shoreline, Washington 98133
3   Telephone: (206) 398-4117
    FAX: (206) 398-4036
4   E-mail: avilaj@seattleu.edu

5   ROBERT RUBIN, State Bar No. 85084
    Lawyers' Committee for Civil Rights
6           of the San Francisco Bay Area
    131 Steuart Street, Suite 400
7   San Francisco, CA 94105
    Telephone: (415) 543-9444
8   Facsimile: (415) 543-0296
    E-mail: rrubin@lccr.com
9
    MICHAEL TRAYNOR, Bar No. 31474
10  E-mail: mtraynor@cooley.com
    MAUREEN P. ALGER, Bar No. 208522
11  E-mail: malger@cooley.com
    CHARLES M. SCHAIBLE, Bar No. 173107
12  cschaible@cooley.com
    COOLEY GODWARD KRONISH, LLP
13  101 California Street, Fifth Floor
    San Francisco, CA 94111-5800
14  Telephone (415) 693-2000
    Facsimile: (415) 693-2222
15

16  Attorneys for Plaintiffs
    FELIX M. LOPEZ AND ELIZABETH RUIZ
17

18                  UNITED STATES DISTRICT COURT

19                  EASTERN DISTRICT OF CALIFORNIA

20

21  FELIX M. LOPEZ and ELIZABETH RUIZ,       Case No.  1:06-CV-01526-OWW-DLB

22                  Plaintiffs,              **STIPULATION AND ORDER RE
                                             INITIAL DISCLOSURES**
23          v.

24  MERCED COUNTY, CALIFORNIA, et al.

25                  Defendants.

26

27      **WHEREAS** Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil

28  Procedure would be due in the ordinary course on or before February 28, 2007; and,

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

PDF created with pdfFactory trial version www.pdffactory.com

1    **WHEREAS** Defendants Motions to Dismiss are presently set for hearing on March 15,
2    2007; and,

3    **WHEREAS** the parties have agreed that it would be most efficient to postpone Initial
4    Disclosures until after those motions have been decided; and,

5    **WHEREAS** Rule 26(a)(1) permits the date for filing initial disclosures to be continued by
6    stipulation;

7    **THEREFORE** it is hereby agreed and stipulated by and between the parties, through
8    counsel, as follows:

9    **1.**      Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Initial
10   Disclosures will be due within 14 days following entry of this Court's Order on Defendants'
11   Motions to Dismiss.

12

13   DATED: February 28, 2007                    JOAQUIN AVILA

14

15                                              /s/ Joaquin Avila
16                                              Joaquin Avila
                                                Attorney of Record for Plaintiffs
17                                              FELIX M. LOPEZ and ELIZABETH RUIZ

18   DATED: March 1, 2007                       ALLEN PROIETTI & FAGALDE

19

20                                              /s/ Terry L. Allen
21                                              Terry L. Allen
                                                Attorney of Record for Defendant
22                                              CITY OF ATWATER

23

24   DATED: February 28, 2007                   BERLINER COHEN

25

26                                              /s/ Thomas E. Ebersole
                                                Thomas E. Ebersole
27                                              Attorney of Record for Defendant
                                                CITY OF GUSTINE

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO                                    2.                    STIPULATION AND [PROPOSED] ORDER RE
                                                                              INITIAL DISCLOSURES
                                                                            1:06-CV-01526-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1    DATED: March 3, 2007                         ABBOTT & KINDERMANN, LLP

2
                                                  /s/ Joseph Wells Ellinwood
3                                                 By:  Joseph Wells Ellinwood
                                                  Attorneys of Record for Defendants CITY
4                                                 OF  LOS BANOS, CITY OF DOS PALOS
                                                  and SANTA NELLA COUNTY
5                                                 WATER DISTRICT

6

7    DATED: February 28, 2007                     COUNTY OF MERCED

8

9
                                                  James Nathan Fincher
10                                                Attorney of Record for Defendant
                                                  COUNTY OF MERCED
11

12   DATED: February 28, 2007                     BURKE WILLIAMS & SORENSEN, LLP

13

14                                                /s/ Sarah Peters Gorman
                                                  Sarah Peters Gorman
15                                                Attorney of Record for Defendant
                                                  CITY OF LIVINGSTON
16

17   DATED: February 28, 2007                     LINNEMAN, BURGESS

18

19                                                /s/ Thomas J. Keene
                                                  Thomas J. Keene
20                                                Attorney of Record for Defendants
                                                  MIDWAY COMMUNITY SERVICES
21                                                DISTRICT; SOUTH DOS PALOS
                                                  COUNTY WATER DISTRICT; LE GRAND
22                                                COMMUNITY SERVICES DISTRICT

23

24   DATED:  February 28, 2007                    NIELSEN MERKSAMER PARRINELLO

25

26                                                /s/ Marguerite Mary Leoni
                                                  Marguerite Mary Leoni
27                                                Attorney of Record for Defendant
                                                  COUNTY OF MERCED
28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION AND [PROPOSED] ORDER RE
INITIAL DISCLOSURES
1:06-CV-01526-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1    DATED: February 28, 2007                GRIFFITH & MASUDA

2

3                                           /s/ Roger K. Masuda
                                            Roger K. Masuda
4                                           Attorney of Record for Defendants
                                            MERQUIN COUNTY WATER DISTRICT,
5                                           and TURLOCK IRRIGATION DISTRICT

6
     DATED: February 28, 2007                MINASIAN SPRUANCE MEITH
7

8                                           /s/ Paul Minasian
9                                           Paul Ryan Minasian
                                            Attorney of Record for Defendant
10                                          CENTRAL CALIFORNIA
                                            IRRIGATION DISTRICT
11

12   DATED: February 28, 2007                BACIGALUPI, NEUFELD & ROWLEY

13

14                                          /s/ Craig Merrill Mortensen
                                            Craig Merrill Mortensen
15                                          Attorney of Record for Defendants
                                            WINTON WATER AND SANITARY
16                                          DISTRICT, DELHI COUNTY WATER
                                            DISTRICT, FRANKLIN COUNTY
17                                          WATER DISTRICT, HILMAR COUNTY
                                            WATER DISTRICT, and PLANADA
18                                          COMMUNITY SERVICES DISTRICT

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION AND [PROPOSED] ORDER RE
INITIAL DISCLOSURES
1:06-CV-01526-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1   DATED: February 28, 2007                    BEST BEST & KRIEGER, LLP

2

3                                               /s/ Eugene Tanaka
                                                Eugene Tanaka
4                                               Attorney of Record for Defendant
                                                LOCAL AREA FORMATION
5                                               COMMISSION OF MERCED COUNTY

6   **IT IS SO ORDERED.**

7
    DATED: March  5, 2007                       /s/ Oliver W. Wanger
8                                               Honorable Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE
9   ///

10  ///

11  ///

12
    DATED: March __, 2007                       _____
13                                              Honorable Jay S. Bybee
                                                UNITED STATES CIRCUIT JUDGE
14

15
    DATED: March __, 2007                       _____
16                                              Honorable Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE
17

18  1028054 v3/SF

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.

STIPULATION AND [PROPOSED] ORDER RE
INITIAL DISCLOSURES
1:06-CV-01526-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com