COUNTY OF MERCED COUNTY COUNSEL
JAMES N. FINCHER, SBN 196837
COUNTY COUNSEL
COUNTY ADMINISTRATION BUILDING
2222 M STREET, ROOM 309
MERCED, CA 95340
TELEPHONE (209) 385-7564

NIELSEN, MERKSAMER, PARRINELLO,
  MUELLER & NAYLOR, LLP
MARGUERITE MARY LEONI, SBN 101696
CHRISTOPHER E. SKINNELL, SBN 227093
591 REDWOOD HIGHWAY, #4000
MILL VALLEY, CA 94941
TELEPHONE (415) 389-6800
FAX           (415) 388-6874

*Attorneys for Defendant*
COUNTY OF MERCED, CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX M. LOPEZ, et al., <br> *Plaintiffs*, <br> vs. <br> MERCED COUNTY, CALIFORNIA, et al., <br> *Defendants*. | Case No. 06-CV-01526-OWW-DLB <br><br> **ORDER EXTENDING DEFENDANT COUNTY OF MERCED'S TIME TO ANSWER THE SECOND AMENDED COMPLAINT** <br><br> Fed. R. Civ. Proc. 6(b) & L.R. 6-144 <br><br> JUDGES: Hon. Jay S. Bybee <br> Hon. Oliver W. Wanger <br> Hon. Anthony W. Ishii |

---

[Proposed] ORDER EXTENDING DEFENDANT                              CASE NO. 06-CV-01526-OWW-DLB
COUNTY OF MERCED'S TIME TO ANSWER
THE SECOND AMENDED COMPLAINT

1    This matter is before the Court on the STIPULATION OF THE PARTIES EXTENDING DEFENDANT COUNTY OF MERCED'S TIME TO ANSWER THE SECOND AMENDED COMPLAINT, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-144 (Dkt. #174).  Upon consideration of the Stipulation,

IT IS HEREBY ORDERED that the Stipulation be ENTERED, and that Defendant County of Merced shall have until and through September 21, 2007, to respond to Plaintiffs' Second Amended Complaint (Dkt. #172).[1]

IT IS FURTHER ORDERED that the deadline to file dispositive motions in this case, currently set for August 30, 2007 (Dkt. #143), is extended to October 1, 2007, with any such motions to be heard on _November 15, 2007, at 12:00 PM.

IT IS FURTHER ORDERED that the pre-trial conference, currently set for October 29, 2007, is rescheduled for January 7, 2008, at 11:00 AM_____.

IT IS FURTHER ORDERED that the trial date, currently set for November 14, 2007, is rescheduled for February 12, 2008, at 9:00 AM_____.

Entered this 25th day of  July, 2007

                    ___/s/ Oliver W. Wanger____
                    Honorable Oliver W. Wanger
                    *United States District Judge*

---

[1] Defendant CITY OF LOS BANOS has already responded to Plaintiffs' Second Amended Complaint by an answer filed July 17, 2007 (Dkt. #173).

1

---

[Proposed] ORDER EXTENDING DEFENDANT                                                     CASE NO. 06-CV-01526-OWW-DLB
COUNTY OF MERCED'S TIME TO ANSWER
THE SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com