1  COUNTY OF MERCED COUNTY COUNSEL
   JAMES N. FINCHER, SBN 196837
2  COUNTY COUNSEL
   COUNTY ADMINISTRATION BUILDING
3  2222 M STREET, ROOM 309
   MERCED, CA 95340
4  TELEPHONE (209) 385-7564

5  NIELSEN, MERKSAMER, PARRINELLO,
       MUELLER & NAYLOR, LLP
6  MARGUERITE MARY LEONI, SBN 101696
   CHRISTOPHER E. SKINNELL, SBN 227093
7  591 REDWOOD HIGHWAY, #4000
   MILL VALLEY, CA 94941
8  TELEPHONE (415) 389-6800
   FAX            (415) 388-6874

9

10 *Attorneys for Defendant*
   COUNTY OF MERCED, CALIFORNIA

11

12                     UNITED STATES DISTRICT COURT

13

14                     EASTERN DISTRICT OF CALIFORNIA

15

16 FELIX M. LOPEZ, ELIZABETH RUIZ, and      )   Case No. 06-CV-01526-OWW-DLB
   the MEXICAN AMERICAN POLITICAL          )
17 ASSOCIATION,                             )
                                            )   **STIPULATION OF COUNSEL TO**
       *Plaintiffs*,                        )   **CONTINUE TRIAL DATE AND**
18                                          )   **PRE-TRIAL CONFERENCE DATE,**
   vs.                                      )   **PENDING A RULING ON**
19                                          )   **SUBMITTED MOTION TO**
   MERCED COUNTY, CALIFORNIA, and           )   **DISMISS AND MOTION FOR**
20 CITY OF LOS BANOS, CALIFORNIA,           )   **SUMMARY JUDGMENT**
                                            )
21     *Defendants*.                        )
                                            )   DATE:      February 12, 2008
22                                          )   TIME:      9:00 a.m.
                                            )   JUDGES:  Hon. Jay S. Bybee
23                                          )            Hon. Oliver W. Wanger
                                            )            Hon. Anthony W. Ishii
24                                          )
25                                          )

26

27

28

STIPULATION OF COUNSEL TO CONTINUE TRIAL DATE &                    CASE NO. 06-CV-01526-OWW-DLB
PRE-TRIAL CONFERENCE, PENDING A RULING ON MOTIONS

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3

## STIPULATION OF COUNSEL TO CONTINUE TRIAL DATE AND PRE-TRIAL CONFERENCE DATE, PENDING A RULING ON SUBMITTED MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

4
5
6

WHEREAS Defendant MERCED COUNTY has moved for summary judgment on all claims in the Second Amended Complaint, and the Plaintiffs have moved to dismiss Defendant CITY OF LOS BANOS; and

7
8

WHEREAS both motions were argued on November 15, 2007, and taken under submission by this Court at the conclusion of that hearing, *see* Minute Order (Dkt. #210); and

9

WHEREAS no decision has yet been rendered on either motion; and

10
11
12

WHEREAS if the motions are successful, they will avoid the need for a trial—and further pre-trial proceedings—altogether, and if the COUNTY'S motion is even partially successful, the Court's rulings may substantially narrow the issues that will need to be tried; and

13
14
15

WHEREAS until a decision on the pending motions is received it will be difficult for the parties to identify the issues that may need to be tried, to prepare appropriate pre-trial statements, or prepare for such trial; and

16
17
18
19

WHEREAS delaying the trial date, pre-trial conference, and the deadlines for the parties to file and serve pre-trial statements, until such time as a decision is rendered on the pending motions, would serve the salutary purposes of discouraging wasteful pretrial activities and improving the quality of any necessary trial through more focused and thorough preparation;

20
21
22

Plaintiffs FELIX LOPEZ, ELIZABETH RUIZ and the MEXICAN AMERICAN POLITICAL ASSOCIATION, and Defendants COUNTY OF MERCED and CITY OF LOS BANOS, do hereby agree and stipulate to:

23

(1)     a continuance of the trial date, which is currently set to begin on February 12, 2008,[1]

24
25

(2)     a continuance of the date of the pre-trial conference, which is currently set for January 7, 2008,[2] and

26

(3)     a corresponding continuance, pursuant to Local Rule 16-281, of the deadlines for

27
28

---

[1] *See* Order Extending Defendant County Of Merced's Time To Answer The Second Amended Complaint (Dkt. #176), p. 2:13-14.
[2] *Id*. at 2:11-12.

---

STIPULATION OF COUNSEL TO CONTINUE TRIAL DATE &                    CASE NO. 06-CV-01526-OWW-DLB
PRE-TRIAL CONFERENCE, PENDING A RULING ON MOTIONS                                          Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1    the parties to file pre-trial statements.

2         The parties request that, if a trial is still necessary after a ruling issues on the pending

3    motions, the Court order a scheduling conference at that point, pursuant to Federal Rule of Civil

4    Procedure 16 and Local Rule 16-240, for the purpose of re-setting an appropriate trial date and pre-

5    trial conference date.[3]

6    DATED: December 19, 2007                COOLEY GODWARD KRONISH, LLP

7                                            By: /s/  Charles M. Schaible (authorized 12/19/07)
8                                                Charles M. Schaible
                                                 *Attorneys for Plaintiffs*
9

10   DATED: December 19, 2007                NIELSEN, MERKSAMER, PARRINELLO,
                                                MUELLER & NAYLOR, LLP
11

12                                           By: /s/  Christopher E. Skinnell
13                                               Christopher E. Skinnell
                                                 *Attorneys for Defendant*
14                                               COUNTY OF MERCED

15

16   DATED: December 19, 2007                ABBOTT & KINDERMANN, LLP

17                                           By: /s/  Joseph Wells Ellinwood (authorized 12/19/07)
18                                               Joseph Wells Ellinwood
                                                 *Attorneys for Defendant*
19                                               CITY OF LOS BANOS

20

     **IT IS SO ORDERED.**
21

22   DATED: December 27, 2007                /s/ OLIVER W. WANGER
                                             Honorable OLIVER W. WANGER
23                                           *United States District Judge*

24

25

26

27
     _____
28        [3] The trial date and pre-trial conference date have been continued once before, to their currently scheduled
     dates, in connection with the stipulated extension of the time for Merced County to file an answer to the Second
     Amended Complaint. *Id*. at 2:11-14.

     _____
     STIPULATION OF COUNSEL TO CONTINUE TRIAL DATE &              CASE NO. 06-CV-01526-OWW-DLB
     PRE-TRIAL CONFERENCE, PENDING A RULING ON MOTIONS                                  Page 2

PDF created with pdfFactory trial version www.pdffactory.com