```
                                    FILED
                               JUDGMENT ENTERED

                            _January 16, 2008_____
                                      Date
                            by _____G. Lucas_____
                                   Deputy Clerk
                              U.S. District Court
                          Eastern District of California
                           __XX___  FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FELIX M. LOPEZ, et al.,

       Plaintiff,

vs.                                    **JUDGMENT IN A CIVIL ACTION**

                                  1:06-cv-1526 OWW DLB

MERCED COUNTY, CALIFORNIA,
et al.,

       Defendant.
_____/

      DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendants City of Los Banos and County of Merced and against all Plaintiffs.

DATED:  January 16, 2008

                                  VICTORIA C. MINOR, Clerk

                                  /S/ G. Lucas
                     By:
                                  Deputy Clerk

jgm.civ
2/1/95