COUNTY OF MERCED COUNTY COUNSEL
JAMES N. FINCHER, SBN 196837
COUNTY COUNSEL
COUNTY ADMINISTRATION BUILDING
2222 M STREET, ROOM 309
MERCED, CA 95340
TELEPHONE (209) 385-7564

NIELSEN, MERKSAMER, PARRINELLO,
 MUELLER & NAYLOR, LLP
MARGUERITE MARY LEONI, SBN 101696
CHRISTOPHER E. SKINNELL, SBN 227093
591 REDWOOD HIGHWAY, #4000
MILL VALLEY, CA 94941
TELEPHONE (415) 389-6800
FAX          (415) 388-6874

*Attorneys for Defendant*
COUNTY OF MERCED, CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX M. LOPEZ, ELIZABETH RUIZ, and the MEXICAN AMERICAN POLITICAL ASSOCIATION,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>MERCED COUNTY, CALIFORNIA, and CITY OF LOS BANOS, CALIFORNIA,<br><br>    *Defendants*. | 1:06-CV-01526-OWW-DLB<br><br>**REQUEST TO CORRECT CLERICAL ERROR IN MEMORANDUM & DECISION GRANTING SUMMARY JUDGMENT (Dkt. 221)**<br><br>**&**<br><br>**ORDER GRANTING CORRECTION**<br><br>JUDGES:  Hon. Jay S. Bybee<br>            Hon. Oliver W. Wanger<br>            Hon. Anthony W. Ishii |

PDF created with pdfFactory trial version www.pdffactory.com

Defendant COUNTY OF MERCED requests correction of a clerical error in the Court's Memorandum and Decision re Plaintiffs' Motion for Voluntary Dismissal (Doc. 181) and Defendant's Motion for Summary Judgment (Doc. 184), filed January 16, 2008.[1]

On page 2, line one of that Order, one of the counsel for Defendant County of Merced is incorrectly identified as "Marguerite L. Nielsen." The correct name is Marguerite Mary Leoni.

Respectfully submitted,

DATED: January 17, 2008

NIELSEN, MERKSAMER, PARRINELLO, MUELLER & NAYLOR, LLP

By: /s/ Marguerite Mary Leoni          .
    Marguerite Mary Leoni

/s/ Christopher E. Skinnell          .
Christopher E. Skinnell
*Attorneys for Defendant*
COUNTY OF MERCED

## ORDER

The Memorandum and Decision re Plaintiffs' Motion for Voluntary Dismissal (Doc. 181) and Defendant's Motion for Summary Judgment (Doc. 184), filed January 16, 2008 (Doc. 221), is corrected as follows:

- On page 2, line 1 of the memorandum, the words "Marguerite L. Nielsen" are stricken, and replaced with "Marguerite Mary Leoni".

**IT IS SO ORDERED.**

DATED: January 18, 2008          __/s/ Oliver W. Wanger_____
                                  Honorable OLIVER W. WANGER
                                  *United States District Judge*

---

[1] Authority for this correction can be found in Federal Rule of Civil Procedure 60(a), which provides in relevant part, "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice."

PDF created with pdfFactory trial version www.pdffactory.com