1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   FELIX M. LOPEZ, ELIZABETH RUIZ  )        1:06-cv-1526 OWW DLB
     and the MEXICAN AMERICAN        )
12   POLITICAL ASSOCIATION,          )        ORDER REMANDING CASE TO A
                                     )        SINGLE JUDGE
13                  Plaintiffs,      )
                                     )
14       v.                          )
                                     )
15   COUNTY OF MERCED, CALIFORNIA, et )
     al.,                            )
16                                   )
                    Defendants.      )
17                                   )
     _____ )
18

19

20       The Court has determined that it is proper for a single

21   judge to hear and determine the non-constitutional issue of

22   attorneys fees, as an ancillary issue.  *Bond v. White*, 508 F.2d

23   1397, 1400 (5th Cir. 1974) ("we think it proper for a three-judge

24   district constituted under 5 to then remand the case to a single-

25   judge district court to determine the matters ancillary to the

26   main proceeding").  "This procedural alternative minimized the

27   burden that the three-judge court requirement imposes on the

28   federal judiciary."  *Id.* at 1400.  See also, *Navajo Nation v.*

                                    1

1  *Arizona Independent Redistricting Commission*, 286 F.Supp.2d 1087

2  (single district judge decided attorneys' fees and costs motions

3  without discussion); *Gerena-Valentin v. Koch*, 554 F.Supp. 1017,

4  1019 (S.D. New York 1983) (a single district judge may resolve

5  pending attorneys' fees motions, citing *Bond*, 508 F.2d at 1400,

6  and *Mader v. Crowell*, 506 F.Supp. 484, 486 (M.D. Tenn. 1981).

7       For the foregoing reasons, this matter is hereby remanded to

8  U.S. District Judge Oliver W. Wanger to hear and determine the

9  attorneys' fees and costs issues.  The matter shall be heard on

10  March 31, 2008, as presently scheduled in Courtroom 3.

11

12  SO ORDERED.

13

14  DATED:  March 26, 2008.

15

16                              /s/ Oliver W. Wanger
                               Oliver W. Wanger
17                         UNITED STATES DISTRICT JUDGE

18  DATED:  March 26, 2008.

19

20                              /s/ Jay S. Bybee
                               Jay S. Bybee
21                         UNITED STATES CIRCUIT JUDGE

22  DATED:  March 26, 2008.

23

24                              /s/ Anthony W. Ishii
                         UNITED STATES DISTRICT JUDGE

25

26

27

28