JOAQUIN G. AVILA, Bar No. 56484
18336 Aurora Avenue North, Suite 112
M.B. 148
Shoreline, Washington 98133
Telephone: (206) 398-4117
E-mail: avilaj@seattleu.edu

BRIAN J. SUTHERLAND, WA Bar No. 37969 (Pro Hac Vice)
American Civil Liberties Union, Southern Regional Office
2600 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303
Telephone: (404) 523-2721 x232
E-mail: brianjsutherland@hotmail.com

ROBERT RUBIN, State Bar No. 85084
Lawyers' Committee for Civil Rights
   of the San Francisco Bay Area
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
E-mail: rrubin@lccr.com

MICHAEL TRAYNOR, Bar No. 31474
E-mail: mtraynor@cooley.com
MAUREEN P. ALGER, Bar No. 208522
E-mail: malger@cooley.com
CHARLES M. SCHAIBLE, Bar No. 173107
E-mail: cschaible@cooley.com
COOLEY GODWARD KRONISH LLP
101 California Street, Fifth Floor
San Francisco, CA 94111-5800
Telephone (415) 693-2000

Attorneys for Plaintiffs
FELIX M. LOPEZ AND ELIZABETH RUIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX M. LOPEZ and ELIZABETH RUIZ,<br><br>Plaintiffs,<br><br>v.<br><br>MERCED COUNTY, CALIFORNIA, et al.<br><br>Defendants. | Case No.  1:06-CV-01526-OWW-DLB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:   April 7, 2008<br>Time:   10:00 a.m.<br>Court:   Honorable Oliver W. Wanger |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING
1:06-CV-01526-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS** the hearing on Defendant's Motion for Attorneys' Fees was originally set for 11:30 a.m. on March 31, 2008; and,

**WHEREAS** on March 28, 2008, the Court continued the hearing to 10:00 a.m. on April 7, 2008; and,

**WHEREAS** at least one of Plaintiffs' attorneys is unavailable on April 7, 2008; and,

**WHEREAS** all counsel who intend to appear are available to appear on April 14, 2008; and,

**WHEREAS** counsel respectfully request that the hearing be set at 11:30 a.m. to facilitate travel from San Francisco and Sacramento;

**NOW, THEREFORE,** it is stipulated by and between counsel, pursuant to Local Rule 6-144, that the hearing on Defendant's Motion for Attorneys' Fees shall be continued to 11:30 a.m. on Monday, April 14, 2008.

DATED: March 31, 2008                       BEST BEST & KRIEGER LLP

/s/ Joseph Ellinwood (as auth. on 3/31/08)
Joseph Wells Ellinwood
Attorney of Record for Defendant

DATED: March 31, 2008                       COOLEY GODWARD KRONISH LLP

/s/ Charles M. Schaible
Charles M. Schaible
Attorney of Record for Plaintiffs

**IT IS SO ORDERED.**

DATED: March 31, 2008                       /s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
Judge of the United States District Court

C:\Documents and Settings\cornellca\Desktop\Stipulation and [Proposed] Order Continuing Hearing on Defendant's Motion for Attorneys' Fees.doc

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING
1:06-CV-01526-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com